IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**CHERYL AND EVELYN GOERS**            **PLAINTIFFS**

VS.            **CIVIL ACTION NO.: 3:06cv431-TSL-JCS**

**RICHARD BOOKER, GAB ROBINS
NORTH AMERICA, INC., EMC PROPERTY
& CASUALTY COMPANY, EMCACSO
INSURANCE COMPANY, AND EMPLOYERS
MUTUAL CASUALTY COMPANY**            **DEFENDANTS**

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come on before the Court on *ore tenus* motion for dismissal by the parties and the Court finding the parties hereto are in agreement to same,

**IT IS, THEREFORE, ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties, with each party to bear their own costs, expenses and attorneys fees.

**SO ORDERED AND ADJUDGED**, this the 26 day of Ma_____ 2007.

_____
**HONORABLE JAMES SUMNER
UNITED STATES MAGISTRATE JUDGE**

Agreed as to Substance and Form:

/s/ Dan W. Webb
DAN W. WEBB, MSB #7051
ROECHELLE R. MORGAN, MSB #100621
J. WAYNE DOSS, JR., MSB #100530
WEBB, SANDERS & WILLIAMS, P.L.L.C.

350631.WPD

POST OFFICE BOX 496
363 NORTH BROADWAY
TUPELO, MS 38802
and
CHRIS H. DEATON, ESQ.
DEATON & DEATON
P.O. BOX 1726
TUPELO, MISSISSIPPI 38802-1726
Attorneys for Defendants


/s/ Staci B. O'Neal
STACI B. O'NEAL, ESQ.
214 KEY DRIVE, SUITE 1100
MADISON, MS 39110
Attorney for Plaintiffs


/s/ George W. Healy, IV
GEORGE W. HEALY, IV, ESQ.
GEORGE W. HEALY, IV & ASSOCIATES
2224 25TH AVENUE
GULFPORT, MS 39501
Former Attorney for Plaintiffs

/s/ Timothy J. Matusheski
TIMOTHY J. MATUSHESKI, ESQ.
GEORGE W. HEALY, IV & ASSOCIATES
2224 25TH AVENUE
GULFPORT, MS 39501
Former Attorney for Plaintiffs

/s/ Stephen Wright Mullins
STEPHEN WRIGHT MULLINS, ESQ.
LAW OFFICES OF ALWYN H. LUCKEY
P.O. BOX 724
OCEAN SPRINGS, MS 39564
and
MICHAEL W. DUFFY, ESQ.
CHILDRESS DUFFY GOLDBLATT, LTD.
515 NORTH STATE STREET
CHICAGO, IL 60610
Former Attorneys for Plaintiffs